476 A.2d 98

Commonwealth v. Carrasquillo, Appellant.

Submitted January 20, 1984.
Stanley M. Vasiliadis, Assistant Public Defender, for appellant; Richard H. Pepper, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.